# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:17-cv-62328-BB

TRACI POWELL, individually and on behalf of
all others similarly situated,

                          **CLASS ACTION**

    *Plaintiff*,

vs.                                                            **JURY TRIAL DEMAND**

YOUFIT HEALTH CLUBS, LLC, a Delaware
limited liability company,

    *Defendant*.
_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Traci Powell, and Defendant, YouFit Health Clubs, LLC, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

1.    Plaintiffs' First Amended Class Action Complaint in this action is hereby ***dismissed with prejudice***.

2.    Each of the parties agrees not to seek recovery of attorneys' fees and costs from the other.

3.    Plaintiff and Plaintiff's counsel agree to maintain and treat all documents produced in this case containing mobile phone numbers or customer information, including all documents Bates stamped or otherwise identified as YOUFIT 58, YOUFIT 59A, YOUFIT 59B, YOUFIT 59C, YOUFIT 0194, YOUFIT 2587A, YOUFIT 2587B, and YOUFIT 9686, and all information contained therein or reproduced in any format, as "Confidential," as that term is defined in the

1

parties' Stipulated Confidentiality and Protective Order entered in the above-captioned action on September 18, 2018 (ECF No. 46).

    4.    The parties mutually request that the Court enter the proposed Order of Dismissal with Prejudice Attached hereto as Exhibit "1."

Respectfully submitted,

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.**<br>/s/ Jay A. Yagoda<br>Jay A. Yagoda<br>Florida Bar No. 84811<br>333 Southeast 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>yagodaj@gtlaw.com<br>FLService@gtlaw.com<br>MontelH@gtlaw.com<br><br>*Counsel for Defendant, YouFit Health Clubs, LLC* | **HIRALDO P.A.**<br>/s/ Manuel S. Hiraldo<br>Manuel S. Hiraldo, Esq.<br>Florida Bar No. 030380<br>mhiraldo@hiraldolaw.com<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Telephone: 954-400-4713<br>Counsel for Plaintiff<br><br>**IJH Law**<br>Ignacio J. Hiraldo, Esq.<br>Florida Bar No. 0056031<br>ijhiraldo@ijhlaw.com<br>1200 Brickell Ave. Suite 1950<br>Miami, Florida 33131<br>Telephone: 786-496-4469<br>Counsel for Plaintiff<br><br>**LAW OFFICES OF STEFAN COLEMAN, P.A.**<br>Stefan Coleman, Esq.<br>Florida Bar No. 00030188<br>law@stefancoleman.com<br>201 S. Biscayne Blvd., 28th Floor<br>Miami, Florida 33131<br>Telephone: 888-333-9427 |

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Manuel S. Hiraldo
Manuel S. Hiraldo

## SERVICE LIST

*Traci Powell v. YouFit Health Clubs, LLC*
Case No. 0:17-cv-62328-BB
United States District Court, Southern District of Florida

Kenneth G. Turkel
Anthony Severino
**BAJO | CUVA | COHEN | TURKEL P.A.**
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
kturkey@bajocuva.com
aseverino@bajocuva.com

*Counsel for Defendant, YouFit Health Clubs, LLC*

Ian M. Ross
**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
1 SE 3rd Avenue, Suite 1820
Miami, FL 33131
iross@sfslaw.com

*Counsel for Defendant, YouFit Health Clubs, LLC*

**[EXHIBIT "1"]**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 0:17-cv-62328-BB**

TRACI POWELL, individually and on behalf of
all others similarly situated,

                **CLASS ACTION**

  *Plaintiff*,

vs.                   **JURY TRIAL DEMAND**

YOUFIT HEALTH CLUBS, LLC, a Delaware
limited liability company,

  *Defendant*.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

  **THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice filed by Plaintiff Traci Powell and Defendant YouFit Health Clubs, LLC. The Court, having reviewed the same and being otherwise duly advised in the premises thereof, it is **ORDERED AND ADJUDGED** as follows:

  1.  The First Amended Class Action Complaint in this action is dismissed with prejudice.

  2.  The Parties shall not seek recovery of any attorneys' fees and costs from the other.

  3.  Plaintiff and Plaintiff's counsel shall maintain and treat all documents produced in this case containing mobile phone numbers or customer information, and all information contained therein or reproduced in any format, as "Confidential," as that term is defined in the parties' Stipulated Confidentiality and Protective Order entered in the above-captioned action on September 18, 2018 (ECF No. 46).

DONE and ORDERED in Chambers, Miami, Florida, this _____ day of April, 2019.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished to: